# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 SEP -9 PM 2: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RAMON CANCEL GARCIA, ET AL.,

        Plaintiff(s)

        v.                        Civil  No.  98-1296(PG)

ALLMERICA FINANCIAL LIFE INSURANCE
AND ANNUITY COMPANY,

        Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket entry No.23 – Joint Motion Requesting Extension of Time , etc. | _X_ is GRANTED. ___ is DENIED. ___ is MOOT. ___ is NOTED. |

Date: September _8_, 1999.

Juan M. Perez-Gimenez
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(2)

