# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF RE-SETTING                                      Date:  September 28, 1999

RAMON CANCEL GARCIA, et al          *
                                    *
    Plaintiff                       *
                                    *
    vs.                             *           Civil 98-1296 (PG)
                                    *
ALLMERICA FINANCIAL LIFE            *
INSURANCE AND ANNUITY CO.           *
                                    *
    Defendants                      *
                                    *
-----------------------------------------*

By Order of the Court the status conference in the above captioned case, scheduled for October 7, 1999, is hereby advanced for **Wednesday, October 6, 1999,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                                                   Lida Isis Egelé
                                                                   Courtroom Deputy

s/c:   Ulpiano Falcón Matos
       Frank Gotay

