# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE: October 6, 1999

COURTROOM DEPUTY: Lida Isis EGELE          CIVIL CASE: 98-1296 (PG)

===============================================================

RAMON CANCEL GARCIA, et al          Attorneys:  Ulpiano FALCON

vs.

ALLMERICA FINANCIAL LIFE          Frank GOTAY
INSURANCE AND ANNUITY CO.

===============================================================

THIRD STATUS CONFERENCE held in chambers. The defendants have been trying to obtain copies of plaintiff's income tax returns. If plaintiff fails to submit them, then the Court will issue an order for the Treasury Department to provide them. The deposition of plaintiff is set for October 19, 1999.

The discovery cut-off date is November 30, 1999. **A pretrial conference is set for December 14, 1999, at 8:30 A.M.** The plaintiff shall make a written settlement demand by October 22, 1999.

_____
Lida Isis EGELE
Courtroom Deputy

s/c:   Falcón
       Gotay

