UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RAMON CANCEL GARCIA, ET AL.,    \*

        Plaintiffs    \*

        v.    \*    Civ. No. 98-1296(PG)

ALLMERICA FINANCIAL LIFE    \*
INSURANCE AND ANNUITY COMPANY,    \*

        Defendant    \*

-----------------------------------\*

## O R D E R

The Secretary of the Treasury of the Commonwealth of Puerto Rico is hereby **ORDERED** to deliver to Feldstein, Gelpí & Gotay, counsel for defendant Allmerica Financial Life Insurance and Annuity Company, true and complete copies of the income tax returns, with schedules, for years 1994, 1995, 1996, 1997 and 1998 filed by the plaintiff, Ramón Cancel García, social security number 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.  The delivery of said copies shall be made within a term **not to exceed ten (10) days** from the date of service of this order.  Failure to comply with this order will constitute contempt of court.

Service of this order shall be made by a private process server designated by the defendant, who shall subsequently file with the Court a return of service.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 7, 1999.

                            JUAN M. PEREZ-GIMENEZ
                            U. S. District Judge



AO 72A
(Rev.8/82)