UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON CANCEL GARCIA, ET ALS.,
    Plaintiff(s)

v.                                          Civ. No. 98-1296 (PG)

ALLMERICA FINANCIAL LIFE
INSURANCE AND ANNUITY COMPANY
    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #31 - Motion For Continuance of Pre-Trial Conference. | Granted. Pre-Trial Conference is continued to January 13, 2000 at 8:30 A.m. |

Date: December  10 , 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge