UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON CANCEL GARCIA, et al.,
    Plaintiffs

        v.                      Civil No. 98-1296 (PG)

ALLMERICA FINANCIAL LIFE
INSURANCE AND ANNUITY COMPANY,
    Defendants

| MOTION | ORDER |
| --- | --- |
| Docket #33 - Motion Requesting Resetting of Pretrial Conference. | Granted |

Date: January 11, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge