# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF SETTING                                    Date:  February 16, 2000

| | |
|---|---|
| RAMON CANCEL GARCIA, et al | * |
| Plaintiff | * |
| vs. | *     Civil 98-1296 (PG) |
| ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY CO. | * |
| Defendants | * |

By Order of the Court a pretrial conference in the above captioned case is hereby set for **Tuesday, March 14, 2000,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

Lida Isis Egelé
Courtroom Deputy

s/c:   Ulpiano Falcón Matos
       Frank Gotay