# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: March 14, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 98-1296 (PG) |

| | |
|---|---|
| RAMON CANCEL GARCIA, et al | <u>Attorneys:</u>  Ulpiano FALCON |
| vs. | |
| ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY CO. | Frank GOTAY |

FOURTH STATUS CONFERENCE, instead of the scheduled pretrial, held in chambers. The discovery has been completed. The plaintiffs have made a written settlement demand. It is being considered by the defendant.

The plaintiffs request 15 to 20 days to answer the motions filed last week by the defense: the motion to amend the answer to the complaint (dkt. #37), and the motion to dismiss the complaint of plaintiff Nilda González (dkt. #38). They are granted 15 days to file their response.

**A pretrial conference is set for May 9, 2000, at 8:30 A.M.**

                                                    Lida Isis EGELE
                                                    Courtroom Deputy

s/c:   Falcón
       Gotay

