UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON CANCEL GARCIA, ET AL.,
    Plaintiffs,

v.                                    Civil No. 98-1296(PG)

ALLMERICA FINANCIAL LIFE
INSURANCE AND ANNUITY COMPANY,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #43 - Joint Motion For Continuance Of Pretrial Conference And Related Matters. | The Court Rules as follows: <br> a) Granted as requested <br> b) Granted as requested <br> c) Granted as requested <br> d) Granted as requested |

Date: _____May 9_____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

44