UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RAMON CANCEL-GARCIA, ET AL.,  \*
    Plaintiff,                \*
                              \*
    v.                        \*    CIVIL NO. 98-1296(PG)
                              \*
ALLMERICA FINANCIAL LIFE      \*
INSURANCE AND ANNUITY COMPANY,\*
    Defendant.                \*

**PARTIAL JUDGMENT**

The Court has entered an Order dismissing the complaint in its entirety as to co-plaintiff Nilda González. WHEREFORE, it is

**ORDERED and ADJUDGED** that the complaint in this case is **DISMISSED** in its entirety as to co-plaintiff Nilda González.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _____May_____ __9__, 2000.

                                        _____
                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge

AO 72A
(Rev. 8/82)