## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**					Date:   May 22, 2000

| | |
|---|---|
| RAMON CANCEL GARCIA, et al | * |
| Plaintiffs | * |
| vs. | *    Civil 98-1296 (PG) |
| ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY CO. | * |
| Defendant | * |

By Order of the Court a pretrial conference in the above captioned case, is hereby set for **Thursday, July 20, 2000,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Ulpiano Falcón
       Frank Gotay