# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE:  July 20, 2000 |
| COURTROOM DEPUTY:  Lida Isis EGELE | CIVIL CASE:  98-1296 (PG) |

===============================================================

| | |
|---|---|
| RAMON CANCEL GARCIA, et al | <u>Attorneys:</u>  Ulpiano FALCON |
| vs. | |
| ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY CO. | Frank GOTAY |

===============================================================

PRETRIAL CONFERENCE held in chambers.  The parties have been discussing a possible settlement.  The Rule 26 report of plaintiffs' expert, Dr. Zamora, has not been submitted to the defendant.

This case is referred to Magistrate Jesús Castellanos for a settlement conference. **Non-jury trial is set for December 11, 2000, at 9:00 A.M.**  The estimated trial length is of two days.

                                                           Lida Isis EGELE
                                                           Courtroom Deputy

s/c:   Falcón
       Gotay

