IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON CANCEL GARCIA, et al.,

    Plaintiff

v.                                              CIVIL NO. 98-1296(PG)

ALLMERICA FINANCIAL LIFE, INS. &
ANNUITY,

    Defendant

## ORDER

By order of the Court, a **Settlement Conference** is hereby scheduled for **Friday, August 4, 2000 at 9:30 a.m.**

The parties are to be notified by telephone and mail.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 20, 2000.

                    J. ANTONIO CASTELLANOS
                    UNITED STATES MAGISTRATE JUDGE

notified by phone:
Frank Gotay thru Laura,
Ulpiano Falcón (himself)
7/26/00
/lo

AO 72
(Rev 8/82)

51