IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON CANCEL GARCIA, et al.,

    Plaintiff

v.              CIVIL NO. 98-1296(PG)

ALLMERICA FINANCIAL LIFE, INS. & ANNUITY,

    Defendant

## ORDER

As per Attorney Frank Gotay's telephonic request for continuance, the **Settlement Conference** set for August 4, 2000, is hereby rescheduled for **Thursday, August 24, 2000 at 9:30 a.m.**

The parties are to be notified by telephone and mail.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 26, 2000.

                          J. ANTONIO CASTELLANOS
                          UNITED STATES MAGISTRATE JUDGE

*[Handwritten notation:]* notified by phone: U Falcón - voicemail / F Gotay - thru Rose  7/27/00  /rd

AO 72 (Rev 8/82)

53