IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAMON CANCEL GARCIA, et al.,

Plaintiff

v.                                   CIVIL NO. 98-1296(PG)

ALLMERICA FINANCIAL LIFE, INS. &
ANNUITY,

Defendant

## SETTLEMENT CONFERENCE REPORT

At the Settlement Conference held today, the parties were represented by Counsel Ulpiano Falcón-Matos and Frank Gotay-Barquet. Plaintiff was present during the conference.

Settlement negotiations were conducted. Plaintiff will answer not later than August 31, 2000, if the offer made by defendant is acceptable or not.

Should the need arise for another settlement conference, the parties are to request the scheduling of the same.

In San Juan, Puerto Rico, this 24th day of August, 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)