IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 OCT 16 AM 9:16
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

RAMON CANCEL GARCIA, et al.,

Plaintiffs

v.                                                    CIVIL NO. 98-1296(PG)

ALLMERICA FINANCIAL LIFE
INSURANCE AND ANNUITY COMPANY,

Defendant

## Telephone Conference Report

A Telephone Conference was held today with Counsel Frank Gotay-Barquet and Ulpiano Falcón Matos, regarding Urgent Motion Requesting Further Settlement Conference of October 10, 2000 (D.E. #59).

On Monday, October 16, 2000, the parties will inform this magistrate if in fact the settlement conference requested becomes necessary. If so, the scheduling will be made on short notice.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 12, 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)