# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**  Date: November 29, 2000

RAMON CANCEL GARCIA, et al     *

    Plaintiffs     *

    vs.     *     **Civil 98-1296 (PG)**

ALLMERICA FINANCIAL LIFE
INSURANCE AND ANNUITY CO.     *

    Defendant     *

---

By Order of the Court a settlement conference in the above captioned case, is hereby set for **Friday, December 1, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                                     Lidaĺsis Egelé
                                                     Courtroom Deputy

s/c:    Ulpiano Falcón        (Notified by phone: personally)
       Frank Gotay              "        "        "        "