UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


RECEIVED & FILED
'01 FEB 27 AM 11:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

RAMON CANCEL GARCIA, ET AL.,
    Plaintiffs,

v.                                      Civil No. 98-1296(PG)

ALLMERICA FINANCIAL LIFE
INSURANCE AND ANNUITY COMPANY,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #64 -Stipulation for Dismissal with prejudice | Granted |

Date: _February 23_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(3)

dr

(65)