UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RAMON CANCEL-GARCIA, ET AL.,  *
    Plaintiff,              *
                             *
    v.                       *     CIVIL NO. 98-1296(PG)
                             *
ALLMERICA FINANCIAL LIFE      *
INSURANCE AND ANNUITY COMPANY,*
    Defendant.               *

### J U D G M E N T

Having granted a joint Stipulation for Dismissal with Prejudice it is hereby **ORDERED and ADJUDGED** that the complaint and the counterclaim of the above captioned matter be **dismissed with prejudice.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico _February 23_, 2001.

                                                                    JUAN M. PEREZ-GIMENEZ
                                                                      U.S. District Judge

AO 72A
(Rev.8/82)